**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 2:08-CR-00396 MCE** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | **ORDER** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **GARY ROY MOTZ** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the November 6, 2008 status conference be continued to December 11, 2008 at 9:00 AM. I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to December 11, 2008.November 3, 2008

    IT IS SO ORDERED.

DATED: 11/4/08

                                _____
                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE