1  LAWRENCE G. BROWN
   Acting United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 ) No. 2:08-cr-00396 MCE
12            Plaintiff,         )
                                 ) STIPULATION AND ORDER
13     v.                        ) TO CONTINUE STATUS CONFERENCE
                                 )
14 GARY ROY MOTZ,                )
                                 ) DATE: January 29, 2008
15            Defendant.         ) TIME: 9:00 a.m.
   _____ ) CTRM: Hon. Morrison C. England, Jr.
16

17      The United States of America, through its counsels of record,

18 Lawrence G. Brown, Acting United States Attorney for the Eastern

19 District of California, and William S. Wong, Assistant United States

20 Attorney, and Donald Heller, counsel for the defendant Gary Roy

21 Motz, stipulate and request that the Court continue the status

22 conference in this case from January 29, 2009, to February 26, 2009,

23 at 9:00 a.m.

24      Counsels for the government and the defendant request

25 additional time to complete their investigations and to attempt to

26 resolve the case.

27 ///

28 ///

1

1  Based upon the foregoing, the parties agree that time under the
2  Speedy Trial Act be excluded from January 29, 2009, through and
3  including February 26, 2009, pursuant to 18 U.S.C. §
4  3161(h)(8)(B)(iv) - reasonable time to prepare and Local Code T-4 -
5  reasonable time for defense preparation.

                                    Respectfully submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATED: January 27, 2009        By: /s/ William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney

DATED: January 27, 2009        By: /s/ Donald Heller
                                      DONALD HELLER, Esq.
                                      Attorney for Defendant

**ORDER**

Good cause having been shown, it is hereby ordered that this matter be set for February 26, 2009, at 9:00 a.m. and that time be excluded to that date pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T-4.

Dated: January 28, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2