**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 2:08-CR-0396 MCE |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| **GARY ROY MOTZ** | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the February 26, 2009, status conference be continued to April 2, 2009, at 9:00 A.M.  I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation exceeds the public interest in a trial within 70 days.  THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(8)(B)(iv)(Local Code T-4) from the date of this order to April 2, 2009.

IT IS SO ORDERED.

DATED: February 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE