```
                  UNITED STATES DISTRICT COURT FOR THE
                      EASTERN DISTRICT OF CALIFORNIA
```

UNITED STATES OF AMERICA,            Case No. 2:08-cr-00396-MCE

      Plaintiff,

  v.                                 **ORDER FOR RELEASE OF PERSON IN CUSTODY**

GARY ROY MOTZ,

      Defendant.
_____/


TO: THE UNITED STATES MARSHAL SERVICE.

    This is to authorize and direct you to release GARY ROY MOTZ, Case No. 2:08-cr-00396-MCE, Charged with two counts of 18 U.S.C. section 922(g)(1), from custody for the following reasons:

| | |
|---|---|
| __X__ | Release on Personal Recognizance |
| ____ | Bail Posted in the Sum of $____ |
| ____ | Unsecured Appearance Bond |
| ____ | Appearance Bond with 10% Deposit |
| ____ | Appearance Bond with Surety |
| ____ | Corporate Surety Bail Bond |
| __X__ | (Other): |

1. The defendant is ordered to immediately turn over his passport to Pretrial Services for the Eastern District of California;

2. The defendant's travel is limited to within the Eastern District of California and the Northern District of California;

3. The defendant's travel within the Northern District of California is limited for medical purposes only;

4. The defendant is not allowed to possess a firearm(s);

5. The defendant is not allowed to use or access a computer or other electronic device which can access the internet;

6. The defendant's mother is ordered to remove the internet router from her computer, terminate the internet service for her residence, and provide proof of the service termination to Pretrial Services in the Eastern District of California.

7. The defendant is released to reside in his mother's residence, located in Cottonwood, California.

8. The defendant is ordered to report to Pretrial Services in the Eastern District of California by 12:00 p.m. either the day of release or the day following his release from the Sacramento County Jail.

Issued at Sacramento, California on April 2, 2009 at 9:33 a.m.

By: Dated: April 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE