# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 2:08-CR-0396 MCE |
| Plaintiff, | |
| vs. | ORDER |
| **GARY ROY MOTZ** | |
| Defendant. | |

GOOD CAUSE APPEARING, based on the stipulation of the attorneys for the United States and the Defendant Gary Motz at the request of U.S. Pretrial Services Officer Becky Fidelman, it is hereby ordered that Condition Number 7 of the Conditions of Release of Defendant Gary Motz be amended to read: "You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of pretrial services."

IT IS SO ORDERED.

DATED: May 20, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE