# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0396 MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| | ) | |
| GARY ROY MOTZ | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the May 21, 2009, status conference be continued to July 2, 2009, at 9:00 A.M. I find that the ends of justice warrant an exclusion of time based on the Defendant being physically unable to stand trial because of his chemotherapy treatments for his Metastatic renal cancer exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 USC § 18 USC(h)(4) (Local Code N) from the date of this order to July 2, 2009.

IT IS SO ORDERED.

DATED: May 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

**-1-**