DONALD H. HELLER, SBN 55717
DONALD H. HELLER,
A Law Corporation
655 University Avenue, Suite 215
Sacramento, CA 95825
Telephone:    (916) 974-3500
Facsimile:    (916) 927-2009

Attorneys for Defendant
GARY ROY MOTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0396 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | |
| GARY ROY MOTZ | ) | |
| Defendant. | ) | |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, William S. Wong, Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq. that the status conference presently set for July 2, 2009, be continued to September 17, 2009, at 9:00 A.M. and thus vacating the presently set status conference scheduled for July 2, 2009.

    It is further stipulated that the time between July 2, 2009, and September 17, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC(h)(4) 18 (Local Code N);  because of the defendant's life threatening serious health issues and his current

-1-

1  treatment at UCSF Medical Center for his diagnosed Metastatic renal cancer prevents the

2  defendant from physically be able to stand trial at this time. Mr. Heller has verified with Dr.

3  Kerrey an oncology resident at the UCSF Medical Center that Mr. Motz is currently undergoing

4  

5  chemotherapy treatments for his Metastatic renal cancer and Mr. Heller will provide a copy of a

6  letter from one of Mr. Motz's treating physicians as to the course of treatment, his present

7  condition and the time frame for Mr. Motz's treatments into the future, as well as a prognosis.

8  IT IS SO STIPULATED.

9
                                                                DONALD H. HELLER,
10                                                              A Law Corporation

11

12                                                              /S/ *DONALD H. HELLER*
   Dated: July 2, 2009                                          _____
13                                                              DONALD H. HELLER, ESQ.
                                                                Attorney for Defendant
14                                                              GARY ROY MOTZ

15

16
17  Dated: July 2, 2009                                         /S/ *WILLIAM S. WONG*
                                                                _____
18                                                              WILLIAM S. WONG, ESQ.
                                                                Assistant U.S. Attorney
19                                                              Attorney for the United States

20

21

22

23

24

25

26

27

28

```
 1  DONALD H. HELLER, SBN 55717
    DONALD H. HELLER,
 2  A Law Corporation
 3  655 University Avenue, Suite 215
    Sacramento, CA 95825
 4  Telephone:   (916) 974-3500
    Facsimile:   (916) 927-2009
 5
 6  Attorneys for Defendant
    GARY ROY MOTZ
 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0396 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| GARY ROY MOTZ ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the July 2, 2009, status conference be continued to September 17, 2009, at 9:00 A.M. I find that the ends of justice warrant an exclusion of time based on the Defendant being physically unable to stand trial because of his chemotherapy treatments for his Metastatic renal cancer exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 USC § 18 USC(h)(4) (Local Code N) from the date of this order to September 17, 2009.

     IT IS SO ORDERED.
DATED: July 2, 2009

_____
Morrison C. England Jr.
United States District Judge