**DONALD H. HELLER, SBN 55717**
**DONALD H. HELLER,**
**A Law Corporation**
**655 University Avenue, Suite 215**
**Sacramento, CA 95825**
Telephone:   (916) 974-3500
Facsimile:   (916) 927-2009

**Attorneys for Defendant**
**GARY ROY MOTZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0396 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | **STIPULATION AND ORDER** |
| vs. ) | |
| ) | |
| ) | |
| GARY ROY MOTZ ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, William S. Wong, Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq. that the status conference presently set for September 17, 2009, be continued to October 29, 2009, at 9:00 A.M. and thus vacating the presently set status conference scheduled for September 17, 2009.

It is further stipulated that the time between September 17, 2009, and October 29, 2009 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 18 USC(h)(4) 18 (Local Code N);  because of the defendant's life threatening serious health issues and his current

-1-
STIPULATION AND PROPOSED ORDER                    CASE NO. 2:08-CR-0396 MCE

1 treatment at UCSF Medical Center for his diagnosed Metastatic renal cancer prevents the

2 defendant from physically be able to stand trial at this time.

3 IT IS SO STIPULATED.

                                                          DONALD H. HELLER,
                                                          A Law Corporation

                                                          /S/ *DONALD H. HELLER*

Dated: September 17, 2009                     _____
                                                          DONALD H. HELLER, ESQ.
                                                          Attorney for Defendant
                                                          GARY ROY MOTZ


Dated: September 17, 2009                          /S/ *WILLIAM S. WONG*
                                                         _____
                                                          WILLIAM S. WONG, ESQ.
                                                          Assistant U.S. Attorney
                                                          Attorney for the United States

1  **DONALD H. HELLER, SBN 55717**
   **DONALD H. HELLER,**
2  **A Law Corporation**
3  **655 University Avenue, Suite 215**
   **Sacramento, CA 95825**
4  **Telephone:    (916) 974-3500**
   **Facsimile:    (916) 927-2009**
5

6  **Attorneys for Defendant**
   **GARY ROY MOTZ**
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0396 MCE
                              ) |
12 |     Plaintiff,            ) |
                              ) |
13 |                           ) | **ORDER**
14 | vs.                       ) |
                              ) |
15 |                           ) |
16 | GARY ROY MOTZ             ) |
                              ) |
17 |     Defendant.            ) |
   |_____) |
18 |                           ) |
19

20     GOOD CAUSE APPEARING, it is hereby ordered that the September 17, 2009 status

21 conference be continued to October 29, 2009, at 9:00 A.M. I find that the ends of justice warrant

22 an exclusion of time based on the Defendant being physically unable to stand trial because of his

23 chemotherapy treatments for his Metastatic renal cancer exceeds the public interest in a trial

24 within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to

25 18 USC § 3161(h)(4)--(Local Code N).

26 DATED: September 17, 2009

27                                         _____
28                                         MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE

-3-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28