IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-00396 MCE |
| Plaintiff, | ) | |
| vs. | ) | ORDER CHANGING CONDITIONS OF RELEASE |
| GARY ROY MOTZ | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, based on the stipulation between the United States of America through William S. Wong, Assistant United States Attorney, Defendant Gary Motz, through Donald H. Heller, Esq. that the conditions of release are ordered changed to allow Mr. Motz to travel and from New Orleans, Louisiana to be examined and possibly treated by Anthony Lowell, M.D.

It is further stipulated that Mr. Motz's travel to and from New Orleans, Louisiana be cleared through his current Pretrial Services Officer Darryl Walker and that any future trips to New Orleans for further treatment be cleared through Mr. Walker or Mr. Walker's designee based on medical documentation from Dr. Lowell's office to Mr. Walker without any further court order. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: September 25, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com