**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 2:08-CR-00396 MCE |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| **GARY ROY MOTZ** | ) | |
| Defendant. | ) | |

    **GOOD CAUSE APPEARING**, it is hereby ordered that the December 10, 2009, Status Conference is continued to January 28, 2010, at 9:00 A.M. I find that the ends of justice warrant an exclusion of time based on the Defendant being physically unable to stand trial because of his chemotherapy treatments for his Metastatic renal cancer exceeds the public interest in a trial within 70 days. **THEREFORE IT IS FURTHER ORDERED** that time be excluded pursuant to 18 USC § 3161(h)(4) (Local Code N) from the date of this order to January 28, 2010.

    IT IS SO ORDERED.

DATED: December 10, 2009

                                           MORRISON C. ENGLAND, JR
                                           UNITED STATES DISTRICT JUDGE