**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. **2:08-CR-0396 MCE** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| | ) | **CONTINUING STATUS** |
| | ) | **CONFERENCE AND EXCLUDING** |
| **GARY ROY MOTZ** | ) | **TIME** |
| **Defendant.** | ) | |

**GOOD CAUSE APPEARING**, it is hereby ordered that the April 1, 2010 status conference be continued to April 29, 2010 at 9:00 A.M. I find that the ends of justice warrant an exclusion of time and that the defendant's need for a reasonable time for effective preparation It is further stipulated that the time between April 1, 2010, and April 29, 2010 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii)(Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv)(Local T-4), 18 USC § 18 USC (h)(4) 18  (Local Code N); because of the defendant's life threatening serious health issues and his current treatment under the joint direction of Aminder Mehdi, MD, Stockton Hematology/Oncology Medical Group and the Oncology Service at UC San Francisco Medical Center based on Mr. Motz's diagnosed Metastatic renal cancer.

Mr. Motz's health prevents Mr. Motz from effectively working with his attorney, Donald H. Heller in preparing his defense and accordingly, prevents the defendant from physically be able to stand trial at this time.

1   I find that the ends of justice warrant an exclusion of time and that the defendant's need
2   for a reasonable time for effective preparation and assist counsel in his defense exceeds the
3   public interest in a trial within 70 days.

4   **THEREFORE IT IS FURTHER ORDERED** that time be excluded pursuant to 18
5   U.S.C. § 3161(h)(7)(B)(ii)(Local Code T-2) and 18 U.S.C. § 3161(h)(7)(B)(iv)(Local Code T-4)
6   and 18 USC § 18 USC (h)(4) 18  (Local Code N) from the date of this order to April 29, 2010.

7   IT IS SO ORDERED.

Dated: March 25, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE