# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-0396 MCE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | CONTINUING STATUS |
| ) | CONFERENCE AND EXCLUDING |
| GARY ROY MOTZ ) | TIME |
| ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the May 27, 2010 status conference be continued to June 24, 2010 at 9:00 A.M. I find that this has been a unique and complicated case, in large measure do the defendant's serious and terminal health condition. Currently the defendant is under the of Aminder Mehdi, MD, Stockton Hematology/Oncology Medical Group and the Oncology Service at UC San Francisco Medical Center based on Mr. Motz's diagnosed Metastatic renal cancer. This Court has previously at the request of Mr. Heller ordered a pre-plea investigation and report by the United States Probation Department and that report dated May 20, 2010 was received by Mr. Heller office on Monday, May 24, 2010 and Mr. Heller has not had the opportunity to review the report and then review the same with the defendant. Assistant U.S. Attorney Wong has not had the opportunity to review the report and is presently tied up in the preparation of a Ninth Circuit appellate brief. Based on the stipulation of the parties, I find a factual basis to conclude that the

ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial and accordingly, I find that the time between May 27, 2010, and June 24, 2010 be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(A)(Local Code T-2).

      IT IS SO ORDERED.

Dated: May 26, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE