**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 2:08-CR-0396 MCE |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| | ) | **CONTINUING STATUS** |
| | ) | **CONFERENCE AND EXCLUDING** |
| **GARY ROY MOTZ** | ) | **TIME** |
| Defendant. | ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby that the status conference presently set for June 24, 2010, be continued to July 8, 2010, at 9:00 A.M. and thus vacating the presently set status conference scheduled for June 24, 2010. I find that this has been a unique and complicated case, in large measure do the defendant's serious and terminal health condition.   The Court finds that this has been a unique and complicated case, in large measure do the defendant's serious and terminal health condition. Currently the defendant is under the of Aminder Mehdi, MD, Stockton Hematology/Oncology Medical Group and the Oncology Service at UC San Francisco Medical Center based on Mr. Motz's diagnosed Metastatic renal cancer.   This Court has previously at the request of Mr. Heller ordered a pre-plea investigation and report by the United States Probation Department and that report dated May 20, 2010 was received by Mr. Heller office on Monday, May 24, 2010. Assistant U.S. Attorney William S. Wong is currently out of town and is in the process of preparing a plea agreement and Mr. Heller will need additional time to discuss the terms with Mr. Wong and then

-1-
ORDER                                                                                                         CASE NO. 2:08-CR-0396 MCE

1  review the same with the defendant.  Based on the stipulation of the parties, I find a factual basis
2  to conclude that the ends of justice served by this continuance outweigh the best interests of the
3  public and the defendant in a speedy trial and accordingly, I find that the time between June 24,
4  2010 and July 8, 2010 be excluded from the Speedy Trial Act pursuant to 18 USC § 3161
5
6  (h)(7)(A)(Local Code T-2).
7       IT IS SO ORDERED.
8  DATED: June 23, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE