1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )
                                    ) 2:08-cr-00396-MCE
12              Plaintiff,          )
                                    ) STIPULATION AND ORDER
13      v.                          ) TO CONTINUE STATUS CONFERENCE /
                                    ) ENTRY OF PLEA
14 GARY ROY MOTZ,                   )
                                    ) DATE: July 29, 2010
15              Defendant.          ) TIME: 9:00 a.m.
   _____) CTRM: Hon. Morrison C. England, Jr.

16

17      The United States of America, through its counsels of record,

18 Benjamin B. Wagner, United States Attorney for the Eastern District

19 of California, and William S. Wong, Assistant United States

20 Attorney, and Donald Heller, counsel for the defendant Gary Roy

21 Motz, stipulate and request that the Court continue the status

22 conference in this case from July 9, 2010, to July 29, 2010, at 9:00

23 a.m.

24      Counsel for the government requests additional time to review

25 the defendant's medical records and for the parties to attempt to

26 resolve the case.

27 ///

28 ///

                                    1

Based upon the foregoing, the parties agree that time under the Speedy Trial Act be excluded from July 9, 2010, through and including July 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - reasonable time to prepare and Local Code T-4 - reasonable time for defense preparation.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 7, 2010          By: /s/ William S. Wong
                                 WILLIAM S. WONG
                                 Assistant U.S. Attorney


DATED: July 7, 2010 _____    By: /s/ Donald Heller
                                 DONALD HELLER, Esq.
                                 Attorney for Defendant


## ORDER

Good cause having been shown, the Court finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial, and it is hereby ordered that this matter be set for July 29, 2010 at 9:00 a.m. and that time be excluded to that date pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Code T-4.

Dated: July 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE