1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 2:08-CR-00396 MCE** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | **CONTINUING CHANGE OF PLEA** |
| | ) | **HEARING AND EXCLUDING TIME** |
| **GARY ROY MOTZ** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| | ) | |

**GOOD CAUSE APPEARING** based on the Amended Stipulation filed on September 14, 2010, between the United States of America through William S. Wong, Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq., which indicates that a continuance of a change of plea hearing is required to allow for counsel for the defendant   to obtain a declaration attesting to the defendant's current terminal condition and indicating why the only available treatment for Mr. Motz is only offered in Germany from the defendant's treating oncologist, Aminder Mehdi, MD of Stockton Hematology/Oncology Medical Group necessitated by the fact that Dr. Mehdi is and will be on vacation until September 16, 2010.

///

///

///

///

-1-

ORDER                                                                                    CASE NO. 2:08-CR-0396 MCE

1        The change of plea hearing is hereby continued from September 16, 2010 to September

2   30, 2010 at 9:00 AM.  The Court further finds that the time between September 16, 2010 and

3   September 30, 2010 is excluded from the Speedy Trial Act pursuant to 18 USC § 3161

4
5   (h)(7)(A)(Local Code T-2).  The Court further finds that the ends of justice served by this

6   continuance outweigh the best interests of the public and the defendant in a speedy trial.

7        IT IS SO ORDERED.

8   DATED: September 16, 2010

9
10            MORRISON C. ENGLAND, JR
11            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**                                                         **CASE NO. 2:08-CR-0396 MCE**