IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:08-CR-0396 MCE |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| | ) | CONTINUING CHANGE OF PLEA |
| GARY ROY MOTZ | ) | HEARING AND EXCLUDING TIME |
| Defendant. | ) | |

**GOOD CAUSE APPEARING** based on the stipulation filed on September 29, 2010, between the United States of America through William S. Wong, Assistant United States Attorney, and counsel for defendant Gary Roy Motz, Donald H. Heller, Esq., which indicates that a continuance of a change of plea hearing is required to allow the government to fully assess medical records and a declaration provided to the government by Mr. Heller pertaining to the defendant's terminal medical condition and allow the defendant to travel to Germany for medical care not available in the United States.  Mr. Wong is engaged in trial before Judge William B. Shubb and Mr. Wong has not had the opportunity to personally assess the information provided by Mr. Heller.

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  The change of plea hearing is hereby continued from September 30, 2010 to October 21,
2  2010 at 9:15 AM.  The Court further finds that the time between September 30, 2010 and
3  October 21, 2010 is excluded from the Speedy Trial Act pursuant to 18 USC § 3161
4
5  (h)(7)(A)(Local Code T-2).  The Court further finds that the ends of justice served by this
6  continuance outweigh the best interests of the public and the defendant in a speedy trial.
7  IT IS SO ORDERED.
8  DATED: October 4, 2010
9
10  _____
11  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com