```
BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                ) <br>          Plaintiff,           )<br>                                )<br>                                )<br>     v.                         )<br>                                )<br>GARY ROY MOTZ,                  )<br>                                )<br>          Defendant.            )<br>_____) | CASE NO. 2:08-cr-00396-MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Donald Heller, Counsel for Defendant Gary Motz, that the status conference scheduled for November 4, 2010, be continued to November 18, 2010. The request to continue the status conference is made on the ground that Assistant United States Attorney Todd D. Leras substituted in as government counsel one week ago. The defense has provided the government with extensive medical records for the purpose of formulating a potential resolution of this matter. New counsel has now had the opportunity to review the records.

///

1

Additional time is needed, however, for the parties to meet and confer regarding a potential plea agreement in light of the information in the medical records.

Both parties agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare). Donald Heller agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: November 2, 2010    By: /s/ Todd D. Leras
                               TODD D. LERAS
                               Assistant U.S. Attorney

DATED: November 2, 2010    By: /s/ Todd D. Leras for
                               DONALD HELLER
                               Attorney for Defendant
                               GARY MOTZ

**IT IS HEREBY ORDERED:**

1. The status conference set for November 4, 2010, is continued to November 18, 2010, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including November 18, 2010.

IT IS SO ORDERED.

Dated: November 5, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE