```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 2:08-cr-00396 MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| GARY ROY MOTZ, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Donald Heller, Counsel for Defendant Gary Motz, that the status conference scheduled for November 18, 2010, be continued to December 2, 2010.  The request to continue the status conference is made on the ground that the parties have reached a tentative resolution of this case.  The government needs additional time to prepare a Plea Agreement incorporating the terms of the tentative resolution. Once the Plea Agreement is finalized, the defense will need time to review it.  The parties anticipate that a change of plea is likely to occur on December 2, 2010.

1

Both parties agree that an exclusion of time is appropriate under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare).  Donald Heller agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: November 16, 2010        By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney

DATED: November 16, 2010        By: /s/ Todd D. Leras for
                                    DONALD HELLER
                                    Attorney for Defendant
                                    GARY MOTZ

**IT IS HEREBY ORDERED:**

1. The status conference set for November 18, 2010, is continued to December 2, 2010, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 2, 2010.

IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE