BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CASE NO. 2:08-cr-00396-MCE |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE |
| | ) | |
| GARY ROY MOTZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Donald Heller, Counsel for Defendant Gary Motz, that the status conference scheduled for December 2, 2010, be continued to December 9, 2010. The request to continue the status conference is made on the ground that the parties need additional time to finalize the terms of a proposed Plea Agreement.  The investigation of this matter involved matters charged in the indictment and other offenses which have not yet been charged.  The parties are working to craft mutually agreeable language in the Plea Agreement to address the latter category of offenses.

1

1   Both parties agree that an exclusion of time is appropriate
2 under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable
3 time to prepare).  Donald Heller agrees to this request and has
4 authorized Assistant United States Attorney Todd D. Leras to sign
5 this stipulation on his behalf.

7 DATED: November 30, 2010         By: /s/ Todd D. Leras
                                       TODD D. LERAS
8                                      Assistant U.S. Attorney

10 DATED: November 30, 2010        By: /s/ Todd D. Leras for
                                       DONALD HELLER
11                                     Attorney for Defendant
                                       GARY MOTZ

**IT IS HEREBY ORDERED:**

1. The status conference set for December 2, 2010, is continued to December 9, 2010, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 9, 2010.

IT IS SO ORDERED.

Dated: November 30, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE