BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>             Plaintiff,         )<br>                                )<br>       v.                       )<br>                                )<br> GARY ROY MOTZ,                  )<br>                                )<br>             Defendant.         )<br>_____) | CASE NO. 2:08-0396 MCE<br><br>STIPULATION AND<br>ORDER CONTINUING STATUS<br>CONFERENCE |

   IT IS HEREBY STIPULATED by and between Plaintiff United States of America and Attorney Donald Heller, Counsel for Defendant Gary Motz, that the status conference scheduled for December 9, 2010, be continued to January 6, 2011. The request to continue the status conference is made on the ground that the parties need additional time to finalize the terms of a proposed Plea Agreement.

   The investigation of this matter involved matters charged in the indictment and other offenses which have not yet been charged.  The parties are working to craft mutually agreeable language in the Plea Agreement to address the latter category of

1

1 offenses.  The Assistant United States Attorney assigned to
2 investigation of the uncharged matters is out of the office until
3 December 13, 2010.  Consultation with her is necessary before the
4 Plea Agreement can be finalized.
5     Both parties agree that an exclusion of time is appropriate
6 under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable
7 time to prepare).  Donald Heller agrees to this request and has
8 authorized Assistant United States Attorney Todd D. Leras to sign
9 this stipulation on his behalf.
10
11 DATED: December 7, 2010        By: /s/ Todd D. Leras
                                     TODD D. LERAS
12                                    Assistant U.S. Attorney
13
14 DATED: December 7, 2010        By: /s/ Todd D. Leras for
                                     DONALD HELLER
15                                    Attorney for Defendant
                                     GARY MOTZ
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS HEREBY ORDERED**:

1. The status conference set for December 9, 2010, is continued to January 6, 2011, at 9:00 a.m.

2. Based on the stipulations and representations of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including January 6, 2011.

IT IS SO ORDERED.

Dated: December 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE