**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Case No. 2:08-CR-00396-MCE** |
|     **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **GARY ROY MOTZ** | ) | |
|     **Defendant.** | ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the February 17, 2011 status conference be continued to March 31, 2011 at 9:00 A.M.

The reason for this continuance is that there is a plea proposal that has been made by the Government to the defendant, undersigned defense has been engaged in trial which commenced on January 10, 2011, and which ended on February 10, 2011 and defense counsel has not had the opportunity to discuss the proposed plea agreement with the defendant because of defense counsel trial and the defendant's health.

///

///

///

///

///

-1-

It is further Order that the time between February 17, 2011, and March 31, 2011, be appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv) [Local Code T-4].   The Court further finds that there is a factual basis to conclude that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATE:  February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE