IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:08-CR-00396 MCE |
| Plaintiff, ) | |
| vs. ) | **ORDER CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME** |
| GARY ROY MOTZ ) | |
| Defendant. ) | |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the August 25, 2011 status conference be continued to September 29, 2011 at 9:00 A.M. and thus vacating the presently set status conference scheduled for August 25, 2011.

Based on the stipulation the Court finds that the reason for this continuance justified because there is a plea proposal that has been made by the Government to the defendant, and that the defendant who has terminal metastatic carcinoid kidney cancer which has spread to multiple sites including his bones and abdominal cavity and is taking multiple medications including Oxycodone for management of his intense pain medication and Temazepam for sleep and accordingly, is not physical and mentally able to have a meaningful discussion with his counsel of the proposed plea agreement, consequences thereof.

///

///

///

-1-

It is further ordered that in light of the defendant's medical condition that the lawyers for the parties make appropriate independent inquiry of the defendant's treating physicians and determine whether it is appropriate to continue the matter well into 2012 with appropriate time waivers for the purpose of better managing the court's docket as to this matter.

It is further ordered that the time between August 25, 2011 and September 29, 2011, be appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv) [Local Code T-4]. It is further ordered that there is a factual basis for this Court to conclude that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

August 24, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE