IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> GARY ROY MOTZ <br> Defendant. | Case No. 2:08-CR-0396 MCE <br><br> **ORDER** CONTINUING CHANGE OF PLEA HEARING AND EXCLUDING TIME |

**GOOD CAUSE APPEARING** based on the stipulation between the parties, it is hereby ordered that the September 29, 2011 status conference be continued to October 27, 2011 at 9:00 A.M. and thus vacating the presently set status conference scheduled for September 29, 2011.

Based on the stipulation the Court finds that the reason for this continuance justified because that there is a plea proposal that has been made by the Government to the defendant, and that the defendant who has terminal metastatic carcinoid kidney cancer which has spread to multiple sites including his bones and abdominal cavity and is taking multiple medications including Oxycodone for management of his intense pain medication and Temazepam for sleep and accordingly, is not physical and mentally able to have a meaningful discussion with his counsel of the proposed plea agreement, consequences thereof.

Since the last continuance of this matter defense counsel has provided a copy of the defendant's most recent medical records of August 30, 2011 from U.C. San Francisco Medical Center to the government as well as an executed medical release form to allow the government

-1-

ORDER                                                                        CASE NO. 2:08-CR-0396 MCE

1  complete access to the defendant's medical records as well as authorization for the defendant's
2  health care providers to speak with Assistant U.S. Attorney Leras regarding to speak with
3  Assistant U.S. Attorney Todd Leras regarding all aspects of the defendant's medical care and
4
5  treatment, including the defendant's prognosis.
6       It is the expectation of the undersigned counsel that we will be able to provide the Court
7  with sufficient information as to the ability of the defendant to be able to fully understand the
8  defendant's rights and consequence of the proposed plea agreement or whether any long term
9
10 condition complicated by prescribed medication would interfere with the defendant's ability to
11 enter a knowledgeable and voluntary plea of guilty as proposed.
12      It is further stipulated that the time between September 29, 2011 and October 27, 2011,
13 be appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161 (h)(7)(B)(iv)
14
15 [Local Code T-4].  It is further stipulated that there is a factual basis for this Court to conclude
16 that the ends of justice served by this continuance outweigh the best interests of the public and
17 the defendant in a speedy trial.
18      IT IS SO ORDERED.
19 September 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE